**Electronically Filed
Supreme Court
SCWC-16-0000559
19-JUL-2021
11:19 AM
Dkt. 19 OGAC**

SCWC-16-0000559

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

PUBLIC ACCESS TRAILS HAWAI'I, a Hawai'i Nonprofit Corporation, and DAVID BROWN, JOE BERTRAM, III; KEN SCHMITT; for themselves individually, and on behalf of the certified class members, Petitioners/Plaintiffs-Appellants,

vs.

HALEAKALA RANCH COMPANY, a Hawai'i Corporation; STATE OF HAWAI'I, WILLIAM AILA JR., in his official capacity as the Director of the State of Hawai'i DEPARTMENT OF LAND AND NATURAL RESOURCES and chair of the State of Hawai'i BOARD OF LAND AND NATURAL RESOURCES, Respondents/Defendants-Appellees.

DEPARTMENT OF LAND AND NATURAL RESOURCES, State of Hawai'i, Respondent/Cross-Claimant-Appellee,

vs.

HALEAKALA RANCH COMPANY, a Hawai'i Corporation, Respondent/Cross-Claim Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000559; CIV. NO. 11-1-0031(3))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant's application for writ of certiorari filed on May 28, 2021, is hereby accepted and will

be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, July 19, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins